IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA  PM 3: 53
EASTERN DIVISION 01 AUG 14

COURT
OF ALABAMA

EDWARD STEWART,                          )
                                          )
            Plaintiff,                   )
                                          )
vs.                                       )        CV 01-BU-1244-E
                                          )
CALHOUN COUNTY COMMISSIONER   )
KEN GAYNOR, et al.,                      )
                                          )
            Defendants.                  )

**ENTERED**

AUG 1 4 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 23, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on July 27, 2001, which the court his read and reviewed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

            DATED this 14th day of August, 2001.

                                    _____
                                    H. DEAN BUTTRAM, JR.
                                    UNITED STATES DISTRICT JUDGE

13